IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF Marion

| | |
|---|---|
| Terry Lee Collins Jr, | Case No. 6:24-cv-1933-CL |
| Plaintiff, | |
| vs. | **PETITION FOR WRIT OF HABEAS CORPUS** |
| Marion County Jail, | |
| Defendant(s). | Article I §23 Oregon Constitution<br>ORS 34.310, et seq. |

1.

Plaintiff is Terry Lee Collins Jr who is detained and restrained of liberty at the Marion County Jail located in Salem, Oregon, by virtue of a judgment of conviction rendered in the matter of the State of Oregon vs. Terry Lee Collins Jr, Marion County, Case Number 24cc1964.

2.

Defendant is Marion County, Superintendent of Marion County Jail, represented in this proceeding by and through Ellen Rosenblum, Attorney General for the State of Oregon, or his designated assistant.

3.

Plaintiff alleges Defendant retains a true copy of his/her judgment of conviction within the Department of Corrections' business records and aforesaid document was unavailable to annex hereto at the time of the filing of this petition.

4.

The legality of the imprisonment, incarceration, or restraint has not been adjudicated upon PAGE

1 - PETITION FOR WRIT OF HABEAS CORPUS

5.

The detention, imprisonment or restraint on Plaintiff was and is illegal and the illegality thereof includes the following particulars:

Ground one: ORS 34.310

Facts: CO. asie Threating my Life/Promise to make my time harder. I haven't recived proper medical care to my Shotgun Wound in my leg for 2 month because Marion County Jail refer to send another Transport CO With the Transports who threatend me from the Jail Refused to reschdule my appointment from start.

Ground two: Cruel & Unusual Punishment

Facts: Marion County Jail have me walking everyday on my leg with a open Shotgun Wound Ranning the stress from my leg when walking Causes me extreme pain in my ankel heal and toes Due to clett toe the Medical team can easily come to jail for treatment.

Ground three: Marion County Jail Same deputy Threatened my life Lupus prue Witch resulted in my transfer from marion County Jail to clakamas County Jail for my Safty Why presently the Same DO is the transport officer/medical officer working in the —

Facts: Nurses that I is living up to his recurrecently Statement Dated above "Promises to make my time harder here at Marion County Jail" is making my receiving care Difficult.

PAGE 2 - PETITION FOR WRIT OF HABEAS CORPUS

6.

Plaintiff has no other plain, speedy or adequate remedy at law. Appeal is not an adequate or available remedy at law because _all the other arguments and remedy pointed me in this direction_.

7.

The imprisonment, detention or restraint on Plaintiff is illegal and requires immediate court intervention to prevent further deprivation of constitutional and other legal rights.

WHEREFORE, Plaintiff asks this Court for a Writ of Habeas Corpus issued under seal of this Court directing Defendant to appear with Plaintiff at a time and place specified by the Court to be dealt with according to law.

_Terry L Collins_
(Signature)

TERRY LEE COLLINS JR
(Print Name)

SID # 20678515

4000 Aumsville Hwy SE, Salem, OR 97317
(address)

Subscribed and sworn to before me on this _11-13-24_ day of _November_, 20_24_ in _Marion_ County of the State of Oregon.

_____
Notary Public for Oregon
My Commission Expires: _____

PAGE 3 - PETITION FOR WRIT OF HABEAS CORPUS

Name: Lee Collins Jr
SID# 20292515
LEGAL/OFFICIAL MAIL ONLY
Marion County Sheriff's Office-Jail
4000 Aumsville HWY SE
Salem, OR 97317

PORTLAND OR RPDC 972
14 NOV 2024 PM 4 L

United States District Court
Office of The Clerk
District of Oregon
Two United States Courthouse
1000 S.W. Third Avenue · Portland, Oregon
97204-2903

97204-293401